**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMADOR DE JESUS, *on behalf of himself, FLSA Collective Plaintiffs and the Class,* <br><br> Plaintiff, <br><br> v. <br><br> GREGORYS COFFEE MANAGEMENT, LLC, and GREGORY ZAMFOTIS, <br><br> Defendants. | **Case No.:** 20-cv-06305 |

## DECLARATION OF C.K. LEE

I, C.K. Lee, under penalty of perjury, affirm as follows:

1. My name is C.K. Lee, and I am a member of Lee Litigation Group, PLLC, Plaintiff's counsel in the above-captioned matter.

2. I submit this declaration in support of Plaintiffs' motion for conditional collective certification pursuant to 29 U.S.C. § 216(b).

3. **Exhibit A**, attached to the Reply Memorandum of Law in support of Plaintiff's motion for conditional collective certification is a true and correct copy of Defendants' Glassdoor webpage as of July 20, 2021.

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.

| | |
|---|---|
| Dated: New York, New York<br>July 23, 2021 | Respectfully submitted,<br>LEE LITIGATION GROUP, PLLC |
| | By:   */s/ C.K. Lee* |
| | C.K. Lee, Esq. (CL 4086)<br>Anne Seelig, Esq. (AS 3976)<br>Lee Litigation Group, PLLC<br>148 West 24th Street, Eighth Floor<br>New York, NY 10011<br>Tel: (212) 465-1188<br>Fax: (212) 465-1181<br>*Attorneys for Plaintiffs, FLSA Collective*<br>*Plaintiffs and the Class* |