UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------

AMADOR DE JESUS,
*on behalf of himself, FLSA Collective Plaintiffs and the Class*,

          **Plaintiff,**

v.

GREGORYS COFFEE MANAGEMENT, LLC,
and GREGORY ZAMFOTIS,

          **Defendants.**

-----------------------------------------------------------------------

**Case No.** 20-cv-06305

**NOTICE OF PLAINTIFF'S CROSS MOTION FOR SANCTIONS**

Please take notice that upon the accompanying Memorandum of Law, Declarations and annexed materials, Plaintiff by his undersigned attorneys, hereby moves for the relief detailed in the proposed Order attached hereto as **Exhibit 1**.

Dated: New York, New York

    September 27, 2021

Respectfully submitted,

By:   */s/ C.K. Lee*
       C.K. Lee, Esq.

       Lee Litigation Group, PLLC
       C.K. Lee (CL 4086)
       Anne Seelig (AS 3976)
       148 West 24th Street, 8th Floor
       New York, NY 10011
       Tel: (212) 465-1188
       Fax: (212) 465-1181
       *Attorneys for Plaintiff,*
       *FLSA Collective Plaintiffs and the Class*