# Lee Litigation Group, PLLC

143 W. 24ᵀᴴ Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:      212-465-1188
                      cklee@leelitigation.com

September 27, 2021

**Via ECF**
George Morrison, Esq.
White and Williams LLP
3701 Corporate Parkway, Suite 300
Center Valley, PA 18034-8233
Tel: (610) 782-4911
morrisong@whiteandwilliams.com

         Re:    *De Jesus v. Gregorys Coffee Management, LLC et al*
                Case No.: 20-cv-06305-(MKB) (PK)

Dear Mr. Morrison:

    We are counsel to Plaintiff in the above referenced matter. We write, pursuant to the Court's Individual Rules 3(D), which encourages bundling of motion papers, to serve Plaintiff's Opposition to Defendants' Motion to Compel and Cross-Motion.

    Attached to this letter are the following documents:

1. Notice of Cross-Motion
2. Proposed Order
3. Memorandum of Law
4. Exhibit A through D
5. Plaintiff's Declaration
6. C.K. Lee Declaration

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:    Defendants' counsel via ECF