UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMADOR DE JESUS, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*<br><br>Plaintiff,<br><br>v.<br><br>GREGORYS COFFEE MANAGEMENT, LLC, and GREGORY ZAMFOTIS,<br><br>Defendants. | Civil Action No.   20-cv-06305 |

## MOTION TO COMPEL ARBITRATION

Please take notice that upon the accompanying Memorandum of Law and Exhibits, Defendants move to compel arbitration under the Federal Arbitration Act and state law and seek relief as detailed in the proposed Order attached.

                                                        Respectfully Submitted,

By: _____
George C. Morrison, Esquire
Times Square Tower
7 Times Square, Suite 2900
New York, NY 10036
(646) 837-5776
(212) 244-6200 Fax
morrisong@whiteandwilliams.com

DATED:  September 17, 2021