UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AMADOR DE JESUS, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

    Plaintiff,

v.

GREGORY'S COFFEE MANAGEMENT, LLC, and GREGORY ZAMFOTIS,

    Defendants.

---

Case No: 1:20-cv-06305

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated November 11, 2022, and annexed hereto as **Exhibit A**.

Dated: November 23, 2022

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2022, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Jeffrey S. Stewart, Esq.
White and Williams, LLP
*Attorney for Defendants*
3701 Corporate Parkway, Suite 300
Center Valley, PA 18034-8233
(610) 782- 4904
Email: stewartj@whiteandwilliams.com

By: _____
C.K. Lee, Esq.