FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 06 2022 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AMADOR DE JESUS, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

  Plaintiff,

v.

GREGORY'S COFFEE MANAGEMENT, LLC, and GREGORY ZAMFOTIS,

  Defendants.

Case No: 1:20-cv-06305(MKB)(TAM)

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Gregory's Coffee Management, LLC, and Gregory Zamfotis ("Defendants"), having offered to allow Plaintiff Amador De Jesus ("Plaintiff") to take a judgment against them, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), with respect to all of Plaintiff's claims under the Fair Labor Standards Act, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 11, 2022 and filed as Exhibit A to Docket Number 62;

**WHEREAS**, on November 23, 2022, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 62);

It is **ORDERED and ADJUDGED**, that judgment is entered in favor of Plaintiff Amador De Jesus, in the sum of Fifteen Thousand Dollars and No Cents ($15,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 11, 2022 and filed as Exhibit A to Docket Number 62. The Clerk of Court is respectfully directed to close this case.

Dated: December 5, 2022
Brooklyn, New York

BRENNA B. MAHONEY
CLERK OF COURT

BY: *Jalitza Poveda*
          Deputy Clerk